UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOMONIQUE CORNELL
WILSON, *et al.*,

    Plaintiffs,

v.

Case No. 25-cv-13842
Hon. Matthew F. Leitman

HOLIDAY ESTATES, *et al.*,

    Defendants.

_____/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' Complaint is **DISMISSED**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
     Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: December 18, 2025
Detroit, Michigan

1